IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OQ CHEMICALS CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Case No. 3:23-cv-419-K |
| | § | |
| TURNER INDUSTRIES GROUP, LLC, | § § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge David L. Horan made findings, conclusions and recommendations in this case. *See* Dkt. No. 80. Plaintiff filed objections, *see* Dkt. No. 89, and Defendant responded, *see* Dkt. No. 91. The District Court has made a *de novo* review of those portions of the proposed findings and recommendations to which objection was made. The objections are OVERRULED, and the Court accepts the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated August 5, 2025.

**SO ORDERED.**

**Signed September 2nd, 2025.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE