IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| OQ CHEMICALS CORPORATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | Case No. 3:23-cv-419-K |
| | § | |
| TURNER INDUSTRIES GROUP, LLC, | § | |
| | § | |
| Defendant. | § | |

## **JUDGMENT**

The Court has entered its Findings in the case, accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. Therefore,

It is ORDERED, ADJUDGED, and DECREED that Defendant Turner Industries Group, LLC Motion for Summary Judgment [Dkt. No. 47] is GRANTED. The Court DISMISSES WITH PREJUDICE all of Plaintiff OQ Chemicals Corporation f/k/a Oxea Corporation's claims.

Costs of court, recoverable under Federal Rule of Civil Procedure 54(d)(1), shall be taxed against Plaintiff OQ Chemicals Corporation f/k/a Oxea Corporation.

The Clerk shall transmit to the parties a true copy of this Judgment and the

Order adopting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

Signed September 2nd, 2025.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE